UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL QUIGLEY, aka CAROL DIANE EUWEMA,<br><br>   Plaintiff,<br><br>  v.<br><br>AMERICAN CLAIMS SERVICES, INC., JOHN BANNON, BILL T. JOHNSON, and SUSAN B. JOHNSON,<br><br>   Defendants. | No. 2:13-cv-1766-KJM-EFB<br><br>ORDER AFTER HEARING |

  This matter was before the court for hearing on defendants John Bannon and American Claims Services, Inc.'s ("ACSI") motion for a protective order regarding plaintiff's Request for Production of Documents.[1] ECF No. 77. Attorney Stephen Castronova appeared on behalf of plaintiff; attorney Veronika Zappelli appeared on behalf of defendants. For the reasons stated on the record, defendants' motion is granted as to plaintiff's Request for Production of Documents, requests numbers 4-8, but only as to financial documents related to accounts maintained solely by Margaret Bannon. The motion in all other respects is denied. Defendants shall produce documents responsive to plaintiff's discovery requests, with the exception of Mrs. Bannon's

---

[1] Defendants' motion also sought to prevent the depositions of Mr. Bannon and ACSI's person most knowledgeable from being conducted in Auburn, California. ECF No. 77. However, the parties represented that this dispute was resolved and is now moot. *See* ECF No. 82 at 1.

1

financial documents, within 14 days of the date of this order.  Furthermore, the parties shall file with the court within 7 days a stipulation and proposed protective order governing the disclosure of responsive documents.

DATED:  March 12, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE